UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WALLESCA PENZ,

        Plaintiff,

v.

AL WASHER,

        Defendant.

------------------------------------------------------------x

**ORDER**

18 CV 4964 (VB)

The Court held a conference today at which plaintiff's counsel and defendant's counsel appeared in person, it is HEREBY ORDERED:

1. The Court has allowed defendant to reserve his right to take a deposition of Dr. Barbara Kidney.

2. The next case management conference is scheduled for January 30, 2020, at 10:00 a.m.

Dated: November 18, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge