UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALLESCA PENZ,

               Plaintiff,

v.

AL WASHER,

               Defendant.
--------------------------------------------------------------x

**ORDER**

18 CV 4964 (VB)

        As discussed at a telephone conference held on October 26, 2020, attended by counsel for all parties, it is HEREBY ORDERED:

        1.    The next conference in this case shall take place on **December 4, 2020, at 2:30 p.m.** The parties shall use the following information to connect by telephone:

        **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;**

        **Access Code: 1703567.**

        2.    By no later than **November 30, 2020,** the parties shall file a joint letter with the Court regarding the status of settlement and what efforts the Court is able to undertake to assist the parties in reaching settlement.

Dated: October 26, 2020
       White Plains, NY

                        SO ORDERED:

                        Vincent L. Briccetti
                        United States District Judge

1