USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALLESCA PENZ,
              Plaintiff,
v.

AL WASHER,
              Defendant.
--------------------------------------------------------------x
WALLESCA PENZ,
              Plaintiff,
v.

SUPERINTENDENT LEROY FIELDS,
              Defendant.
--------------------------------------------------------------x

**ORDER**

18 CV 4964 (VB)

21 CV 5 (VB)

By order dated December 4, 2020, the Court set May 17, 2021, as the tentative trial date in Penz v. Washer, 18 CV 4964 ("Washer"). (18cv4964 Doc. #96). Penz v. Fields, 21 CV 5 ("Fields"), was filed on January 4, 2021, and on January 28, 2021, the Court accepted assignment of Fields as related to Washer. Based on the Fields complaint (21cv5 Doc. #1), the two cases appear closely related. Furthermore, the same counsel represent the parties in both cases.

Accordingly, to "secure the just, speedy, and inexpensive determination of" these two actions, Fed. R. Civ. P. Rule 1, it is hereby ORDERED that:

    1.    A conference in these cases shall take place by telephone on **February 17, 2021, at 10:00 a.m.**, which all counsel are directed to attend. The parties shall use the following information to connect by telephone:

    **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;**

    **Access Code: 1703567**.

1

2.   At the conference scheduled for February 17, 2021, counsel shall be prepared to discuss whether <u>Fields</u> and <u>Washer</u> should be consolidated, and whether the two cases can or should be tried together.  Accordingly, the parties shall be prepared to discuss whether: (i) they will be prepared to try <u>Fields</u> on May 17, 2021; or (ii) the trial in <u>Washer</u> should be adjourned pending the parties' readiness to try <u>Fields</u>.

Dated: February 12, 2021
        White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge