UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALLESCA PENZ, :
               Plaintiff, :
v. : **ORDER**
:
: 18 CV 4964 (VB)
AL WASHER, :
               Defendant. :
--------------------------------------------------------------x

     As discussed at a telephone conference held on February 22, 2021, attended by counsel for all parties, it is hereby ORDERED that the May 17, 2021, trial date in this case, as well as all other scheduled dates relating to the scheduled trial, are ADJOURNED <u>SINE</u> <u>DIE</u>.

Dated: February 22, 2021
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge