UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALLESCA PENZ,

                Plaintiff,

v.

SUPERINDENDENT LEROY FIELDS,

                Defendant.
--------------------------------------------------------------x
--------------------------------------------------------------x
WALLESCA PENZ,

                Plaintiff,

v.

AL WASHER,

                Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 005 (VB)

18 CV 4964 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/22

      As discussed at a pre-motion conference held on the record today, at which counsel for all parties attended, it is HEREBY ORDERED:

      1.     In Penz v. Fields, 21cv005, defendant is granted leave to move for summary judgment. Defendant shall file his motion by **November 22, 2022**.

      2.     Plaintiff shall file her opposition by **December 13, 2022**.

      3.     Defendant shall file his reply by **December 30, 2022**.

Dated: September 22, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge