UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALLESCA PENZ,
               Plaintiff,

v.

AL WASHER,
               Defendant.
--------------------------------------------------------------x

**ORDER**

18 CV 4964 (VB)

As discussed at a conference held today, at which counsel for both parties appeared, it is HEREBY ORDERED:

1. A case management conference is scheduled for **August 29, 2023, at 10:00 a.m.**, at the White Plains courthouse, Courtroom 620.

2. The parties are directed to make a serious effort to discuss settlement in good faith, including with their respective clients.

3. At the conference, the parties shall be prepared to discuss (i) the status of settlement discussions, including whether referral to the Court-annexed Mediation Program or a Magistrate Judge for a settlement conference would be fruitful; and (ii) the setting of a trial date and a schedule for pretrial submissions.

Dated: July 12, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge