UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WALLESCA PENZ,
          Plaintiff,

v.

AL WASHER,
          Defendant.
------------------------------------------------------------x

**ORDER**

18 CV 4964 (VB)

As discussed at a case management conference held today, at which counsel for both parties appeared, it is HEREBY ORDERED:

1. By October 26, 2023, plaintiff shall produce to defendant supplemental records of her psychological treatment, if any.

2. By November 9, 2023, defendant shall file its request to reopen discovery for limited purposes.

3. By November 16, 2023, plaintiff shall file its response to defendant's request to reopen discovery.

4. A case management conference is scheduled for November 20, 2023, at 9:30 a.m.

Dated: October 5, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge