11/20/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALLESCA PENZ,
               Plaintiff,

v.

AL WASHER,
               Defendant.
--------------------------------------------------------------x

**ORDER**

18 CV 4964 (VB)

      As discussed at a conference held on the record today, attended by counsel for both parties, it is HEREBY ORDERED:

      1.    For the reasons stated on the record, defendant's motion to reopen discovery for limited purposes is DENIED. (Doc. #118).

      2.    By February 20, 2024, the parties shall submit a Joint Pretrial Order, which shall comply with both Federal Rule of Civil Procedure 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

      3.    By March 20, 2024, the parties shall submit proposed voir dire, any motions in limine, joint requests to charge, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions shall include both the text of any requested instruction and a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

      4.    By April 3, 2024, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

      5.    A final pre-trial conference will be held on May 14, 2024, at 11:00 a.m.

      6.    Jury selection and trial are scheduled to begin on May 20, 2024, at 9:30 a.m.

The Clerk is instructed to terminate the motion. (Doc. #118).

Dated: November 20, 2023
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge