ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WALLESCA PENZ,

                Plaintiff,                18 **CIVIL** 4964 (VB)

    -against-                    **JUDGMENT**

AL WASHER,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, Plaintiff Wallesca Penz has judgment in the sum of $250,000.00 for compensatory damages as against the defendant Al Washer.

DATED: White Plains, ~~New York~~, New York
            June 3, 2024

                                                RUBY J. KRAJICK
                                                   Clerk of Court

So Ordered: /s/ Vincent Briccetti        BY: K. Mango
_____        _____
**U.S.D.J.**                                                       **Deputy Clerk**